# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| BRET SHULTZ | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 3:22CV-521-RGJ |
| FORD MOTOR COMPANY, | ) |
| | ) |
| Defendant | ) |

## **CORPORATE DISCLOSURE STATEMENT**

Defendant, Ford Motor Company, by counsel, pursuant to Fed.R.Civ.P. 7.1, states that it has no parent corporation. As of December 31, 2021, no publicly-traded companies have disclosed that they own 10% or more of Ford's common stock.

Respectfully submitted,

TURNER, KEAL & BUTTON, PLLC

By: s/R. Thad Keal
R. Thad Keal
10624 Meeting St., #101
Prospect, KY 40059
Telephone: (502) 426-5110
Facsimile: (502) 426-5119
tkeal@turnerkeal.com

*Counsel for Defendant Ford Motor Company*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 29, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Kentucky using the CM/ECF system, and a true and correct copy of the foregoing was sent via electronic mail, to:

  Samuel G. Hayward, Jr.
  ADAMS HAYWARD & WELSH
  4036 Preston Highway
  Louisville, KY  40213
  sghayw@gmail.com

          s/R. Thad Keal
          R. Thad Keal
          *Counsel for Defendant*